WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Wells Fargo Bank, NA dba America's Servicing Company
08-72907

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEVADA

| In Re:<br><br>Maria A. Mariscal<br><br><br>_____ Debtor | 08-13487-bam<br><br>MS Motion No. 26<br>Order entered 6/26/09<br><br>Chapter 13 |
|---|---|

### DECLARATION RE BREACH OF CONDITION

STATE OF __SC__ )
                      )ss.
COUNTY OF __York__ )

I, __LeeAnn Anderson__ declare and state:

1. As to the following facts, I know them to be true of my personal knowledge, and if called upon to testify in this action, I could and would testify competently thereto.

2. I am an employee of Wells Fargo Bank, NA dba America's Servicing Company, Secured Creditor herein, and am most familiar with the current bankruptcy case.

3. The real property subject to the Trust Deed is commonly described as 109 Linden St., Henderson, NV 89015 and legally described as follows:

Lot ONE HUNDRED EIGHTY (180), in Block SIX (6) of HENDERSON NO. 4, as shown by Map thereof on File in Book 5 of Plats, Page 15, in the Office of the County Recorder of Clark County, Nevada

4. I have examined the document entitled "Order Regarding Adequate Protection", which was entered by the Court on June 26, 2009. I represent my personal knowledge as to whether the Debtor has complied with the requirements of said Order.

5. Pursuant to the aforementioned Order, the Debtor would have fifteen (15) days from the date of this Declaration in which to cure the delinquencies due. If upon the 16th) day, Debtor has failed to so cure those delinquencies, the automatic Stay Order would be vacated and extinguished as to this Secured Creditor.

6. As of the date of this Declaration, the Debtor has not made the payments as required by the aforementioned Order. The Debtor is presently past due as follows:

    2 Monthly Payments(s) at $1,415.95: $2,831.90

    (June 1, 2010 - July 1, 2010)

    2 Late Charge(s) at $62.40    $124.80

    (June 1, 2010 - July 1, 2010)

    Attorneys Fees $150.00

    Total   $3,106.70

7. Debtor is responsible for the subsequent payments that will come due on the loan.

**PARTIAL TENDERS WILL NOT BE ACCEPTED**

8. Due to Debtor's failure to timely and properly comply with the Order as set forth hereinabove, Secured Creditor has been forced to incur additionally attorneys' fees to obtain relief from the Stay Order to take possession of its real property.

1  9. These attorneys' fees are in addition to attorneys' fees incurred prior to the non-compliance and are now owing to Secured Creditor from Debtor pursuant to the Trust Deed.

10. Should the Debtor cure the default, the Debtor must forward the funds to:

**GREGORY L. WILDE, ESQ.**
**WILDE & ASSOCIATES**
212 South Jones Boulevard
Las Vegas, Nevada 89107

I declare under penalty of perjury that the foregoing is true and correct.

_____
LeeAnn Anderson
VP Loan Documentation

SUBSCRIBED and SWORN to before me this 30 day of _____7_____, 2010

_____
Teresa Diaz-Cochran
Notary Public in and for said
State and County

[Notary Seal: TERESA DIAZ-COCHRAN, Notary Public, State of South Carolina, My Commission Expires October 27, 201_]

Entered on Docket
June 26, 2009

Hon. Bruce A. Markell
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787

Wells Fargo Bank, NA dba America's Servicing Company
08-72907 / 1115046160

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In Re:

Maria A. Mariscal

　　　　　　　　Debtors.

BK-S-08-13487-bam

MS Motion No.
Date: 5/5/09
Time: 1:30 P.M.

Chapter 13

### ORDER RE ADEQUATE PROTECTION

Secured Creditor's Motion for Relief from the Automatic Stay having come on for hearing in the above-entitled Court, all appearances as noted on court record, and based upon all the papers and pleadings on file herein and good cause appearing therefor,

1    IT IS HEREBY ORDERED, ADJUDGED and DECREED that the debtor will cure the post-
2  petition arrearages currently due as follows:

|  |  |
|---|---|
| 5 Monthly Payments at $1,563.03 (December 1, 2008 – April 1, 2009) | $ 7,815.15 |
| 4 Monthly Late Charges at $70.42 each (December 16, 2008 – March 16, 2009) | $   281.68 |
| Motion Filing Fee | $   150.00 |
| Attorneys Fees | $   750.00 |
| Total Arrearages | $ 8,996.83 |
| Less immediate payment | -($ 7,936.33) |
| Total Arrearages | $1,060.50 |

The above arrearage shall be paid in six (6) monthly installments of $176.75. These payments shall be in addition to the regular monthly payment and shall be due on or before the 20th day of the month commencing with the May 20, 2009 payment and continuing throughout and concluding on or before October 20, 2009.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least five business days' notice of the time, place and date of sale.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Debtor shall resume and maintain the regular monthly payments in a timely fashion, outside of any Bankruptcy Plan, beginning with the February 1, 2009 payment, on Secured Creditor's Trust obligation, encumbering the subject Property, generally described as 109 Linden St., Henderson, NV 89015, and legally described as follows:

Lot ONE HUNDRED EIGHTY (180), in Block SIX (6) of HENDERSON NO. 4, as shown by Map thereof on File in Book 5 of Plats, Page 15, in the Office of the County Recorder of Clark County, Nevada

IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the Debtors fail to make any payments as stated in this Order, or fail to maintain the regular monthly payments on Secured Creditor's Trust Deed obligation, allowing the normal grace period, then Secured Creditor may file and serve upon Debtors and Debtors' counsel, a fifteen (15) Day Notice Declaration Re Breach of Condition. For each such Declaration Re Breach of Condition filed, there shall be assessed an attorney fees of $100.00. to be paid by the Debtors upon any reinstatement. If upon the sixteenth (16th) day Debtors have failed to cure the delinquency, then Secured Creditor may submit to this Court an Order vacating the automatic stay as to

2

1  Secured Creditor, and Secured Creditor may thereafter proceed with foreclosure proceedings upon the
2  subject Property, pursuant to applicable State Law, and take any action necessary to obtain complete
3  possession thereof.
4
5  Submitted by:
6  WILDE & ASSOCIATES
7
8  By _____See page 4_____
9  GREGORY L. WILDE, ESQ.
   Attorneys for Secured Creditor
10 208 South Jones Boulevard
   Las Vegas, Nevada 89107
11
12 APPROVED AS TO FORM & CONTENT:

13 Kathleen A Leavitt                    David M. Crosby

14 By_____                     By_____

15 Kathleen A Leavitt                    David M. Crosby
   Chapter 13 Trustee                    Attorney for Debtors
16 302 E Carson #300                     711 South 8th Street
17 Las Vegas, NV 89101                   Las Vegas, NV 89101

18                                       Nevada Bar No. 3499
19
20
21
22
23
24
25
26

3

1  Secured Creditor, and Secured Creditor may thereafter proceed with foreclosure proceedings upon the
2  subject Property, pursuant to applicable State Law, and take any action necessary to obtain complete
3  possession thereof.

5  Submitted by:
6  WILDE & ASSOCIATES

8  By_____
9  GREGORY L. WILDE, ESQ.
   Attorneys for Secured Creditor
10 208 South Jones Boulevard
   Las Vegas, Nevada 89107

12 APPROVED AS TO FORM & CONTENT:

13 Kathleen A Leavitt                    David M. Crosby

14 By_____             By_____

15 Kathleen A Leavitt                    David M. Crosby
   Chapter 13 Trustee                    Attorney for Debtors
16 302 E Carson #300                     711 South 8th Street
17 Las Vegas, NV 89101                   Las Vegas, NV 89101

                                         Nevada Bar No._____

| | |
|---|---|
| 1 | WILDE & ASSOCIATES |
| 2 | Gregory L. Wilde, Esq.<br>Nevada Bar No. 004417 |
| 3 | 212 South Jones Boulevard<br>Las Vegas, Nevada 89107 |
| 4 | Telephone: 702 258-8200<br>Fax: 702 258-8787 |
| 5 | |
| 6 | and |
| 7 | MARK S. BOSCO, ESQ. |
| 8 | Arizona Bar No. 010167<br>TIFFANY & BOSCO, P.A. |
| 9 | 2525 East Camelback Road, Suite 300<br>Phoenix, Arizona 85016 |
| 10 | Telephone (602) 255-6000 |
| 11 | Wells Fargo Bank, NA dba America's Servicing Company<br>08-72907 |

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEVADA

| In Re:<br><br>Maria A. Mariscal<br><br><br>Debtor. | 08-13487-bam<br><br>MS Motion No. 26<br>Order entered June 26, 2009<br>Chapter 13 |
|---|---|

**CERTIFICATE OF MAILING OF**
**DECLARATION RE BREACH OF CONDITION**

1. On ___8/5/2010___ I served the following documents(s):

   DECLARATION RE BREACH OF CONDITION

2. I served the above-named document(s) by the following means to the persons as listed below:

   X   a. ECF System
         Kathleen A Leavitt
         courtsecf3@las13.com
         Trustee

David M. Crosby
info@crosby.lvcoxmail.com
Attorney for Debtor

X **b. United States mail, postage fully prepaid:**

Maria A. Mariscal
109 Linden St.
Henderson, NV 89015
Debtors

David M. Crosby
711 South 8th Street
Las Vegas, NV 89101
Attorney for Debtor

☐ **c. Personal Service** (List persons and addresses. Attach additional paper if necessary)

I personally delivered the document(s) to the persons at these addresses:

☐ 1. For a party represented by an attorney, delivery was made by handing the document(s) to the attorney's office with a clerk or other person in charge, or if no one is charge by leaving the document(s) in a conspicuous place in the office.

**N/A**

☐ 2. For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

N/A

☐ **d. By direct mail (as opposed to through the ECF System)**

*(List persons and email addresses. Attach additional paper if necessary)*

Based upon the written assignment of the parties to accept service by email or a court order. I caused the document(s) to be sent to the persons at the mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e. By fax transmission** *(List persons and fax numbers. Attach additional paper if necessary)*

Based upon the written assignment of the parties to accept service by fax transmission or a court order. I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f. By messenger** *(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. *(A declaration by the messenger must be attached to this Certificate of Service).*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on : 8/5/10  *Jamie Miller*

Wilde & Associates